In the Matter of the Claim of JOHN SPRATT, Respondent, against SWEENEY & GRAY COMPANY et al., Appellants.

*Matter of Spratt* v. *Sweeney & Gray Co.*, 168 App. Div. 403, affirmed.
(Argued November 15, 1915; decided January 11, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1915, affirming an award of the workmen's compensation commission for injuries received by the claimant while working in the state of New Jersey. The appellants on the hearing objected to the award upon the ground that the Workmen's Compensation Act has not given the commission power to exercise its authority over injuries occurring in other states.

*Merwyn H. Nellis, Andrew J. Nellis* and *James B. Henney* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on opinion in *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544).
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.

---

In the Matter of the Claim of MIKE VALENTINE, Respondent, against SMITH, ANGEVINE & CO. (INCORPORATED) et al., Appellants.

*Matter of Valentine* v. *Smith, Angevine & Co., Inc.*, 168 App. Div. 403, affirmed.
(Argued November 15, 1915; decided January 11, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial

department, entered May 10, 1915, affirming an award of the workmen's compensation commission for injuries received by the claimant while working in the state of Connecticut. At the hearing objection to award of compensation was made upon the ground that the accident happened without the state.

*Merwyn H. Nellis, Andrew J. Nellis* and *James B. Henney* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on opinion in *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.